UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUAN MOLINA, | Case No. EDCV 20-00518-SVW (AS) |
|---|---|
| Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND RECOMMNEDATIONS OF** |
| KATHLEEN ALLISON, et, al., | **UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Fifth Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Defendants' Motion to Dismiss Claim One of the Fifth Amended Complaint is DENIED.

Defendants are **ORDERED** to file an Answer to claims One, Two and Three in the Fifth Amended Complaint consistent with this Order no later than thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: July 18, 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE