UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-0518-SVW (AS) | Date | October 26, 2023 |
| Title | Juan Molina v. E. Nunez and J. Zermeno | | |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**      **ORDER TO SHOW CAUSE RE FAILURE OF PLAINTIFF TO FILE CASE MANAGEMENT REPORT**

    On August 22, 2023, the Court issued an Order re Scheduling in Civil Rights Case directing the parties to file a case management report no later than October 23, 2023. (Dkt. No. 77). Defendants filed a Case Management Report on October 23, 2023. (Dkt. No. 78). However, Plaintiff has failed to comply with the Court's Order or otherwise communicated with the Court in any respect.

    Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, **no later than November 21, 2023**, as to why this case should not be dismissed for failure to comply with court orders. This Order will be discharged upon the filing of a Case Management Report in accordance with the Court's August 22, 2023 Order (Dkt. No. 77), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a case management report.

    If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

    IT IS SO ORDERED.

cc: Stephen V. Wilson
    United States District Judge

| | : | 00 |
|---|---|---|
| | Initials of Preparer | AF |