UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | ED CV 20-00518-SVW (AS) | Date | December 12, 2024 |
|---|---|---|---|
| Title | *Juan Molina v. Ralph Diaz, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE PLAINITFF'S FAILURE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

On October 30, 2024, the Court issued an order directing Plaintiff to file a response to Defendants' motion for summary judgment no later than December 2, 2024. (Dkt. No. 114). On December 11, 2024, Defendants Nunez and Zermano, the only remaining defendants in this case, filed a notice of Plaintiff's non-opposition to the motion for summary judgment and request that the motion be deemed submitted. (Dkt. No. 115).

To date, Plaintiff has failed to file a response to the motion for summary judgment, seek an extension of time to do so, or otherwise communicate with the Court regarding the motion. Accordingly, Plaintiff is <u>ORDERED TO SHOW CAUSE</u>, in writing, no later than **January 13, 2025**, why this action should not be dismissed with prejudice for failure to abide by court orders. This Order will be discharged upon the filing of an opposition to the motion for summary judgment in compliance with the Court's October 30, 2024, Order, (a copy of which is attached), or a statement of non-opposition to the motion for summary judgment.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | ED CV 20-00518-SVW (AS) | Date | December 12, 2024 |
|---|---|---|---|
| Title | *Juan Molina v. Ralph Diaz, et. al.,* | | |

**IT IS SO ORDERED.**

cc: Stephen V. Wilson
United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |