JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JUAN MOLINA, | Case No. EDCV 20-00518-SVW (AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| E. NUNEZ and J. ZERMENO, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: July 30, 2025

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE